# UNITED STATED DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| CHARLES SALMON,<br><br>    Plaintiff,<br><br>vs.<br><br>ARBM, INC. DBA LIVERMORE HONDA, FIRST TECH FEDERAL CREDIT UNION, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>    Defendant(s). | Case No.: 2:23-cv-01789-WBS-JDP<br><br>**ORDER ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT FOR DAMAGES** |

    The Court having reviewed the Parties' Stipulation Allowing Plaintiff to File a First Amended Complaint, and good cause appearing therefore:

    IT IS HEREBY ORDERED that Plaintiff, Charles Salmon, is granted leave to amend to file his First Amended Complaint for Damages, a copy of which is attached hereto as Exhibit "A."

    IT IS ALSO ORDERED that Defendant's responsive pleading shall be due thirty (30) days after the First Amended Complaint for Damages is filed.

STIPULATION TO ALLOW PLAINTIFF TO FILE FIRST AMENDED COMPLAINT FOR DAMAGES

1  IT IS FURTHER ORDERED that the First Amended Complaint for
2  Damages is deemed filed as of the date this Order is transmitted via the CM/ECF
3  system.
4
5  IT IS SO ORDERED.
6
7  Dated: December 8, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE