1
2
3
4
5
6
7
8

# UNITED STATED DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

9
10
11
12
13
14
15
16
17

CHARLES SALMON,

         Plaintiff,

   vs.

ARBM, INC. DBA LIVERMORE HONDA, FIRST TECH FEDERAL CREDIT UNION, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.

        Defendant(s).

Case No.: 2:23-cv-01789-WBS-JDP

**ORDER CONTINUING SCHEDULING CONFERENCE FROM DECEMBER 18, 2023 TO JANUARY 29, 2024**

18
19
20

    The Court having reviewed the Parties' Stipulation and good cause appearing therefore:

21
22
23
24
25

    IT IS HEREBY ORDERED that the Scheduling Conference in this matter is continued from December 18, 2023 to **January 29, 2024 at 1:30 p.m.**   A joint status report shall be filed no later than **January 16, 2024** in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed August 23, 2023 (Docket No. 3).

26
///
27
///
28
///

1   IT IS SO ORDERED.

2

3   Dated:  December 8, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING SCHEDULING CONFERENCE