UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES SALMON, | Case No.: 2:23-cv-01789-WBS-JDP |
| Plaintiff, | |
| vs. | **ORDER RE STIPULATION TO DISMISS WITH PREJUDICE** |
| ARBM, INC. DBA LIVERMORE HONDA, FIRST TECH FEDERAL CREDIT UNION, INC.; EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant(s). | |

### ORDER RE STIPULATION TO DISMISS WITH PREJUDICE

The Stipulation to Dismiss Plaintiff's individual claims against U LVH LLC dba Livermore Honda and First Tech Federal Credit Union, Inc. with Prejudice, is hereby Approved [Doc. #25].  All parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated:  September 27, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER